AO 72A
(Rev.8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JAN - 4 2019

JAMES N. HATTEN, Clerk
By: ____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 2:15-CR-26-2-RWS-JCF |
| ELIO PENALOSA-DUARTE, | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 64]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 64] is hereby approved and adopted as the opinion and order of this Court. As such, Defendant's Motion to Vacate [Doc. No. 63] is DISMISSED as time-barred, and a Certificate of Appealability is DENIED. The Clerk is DIRECTED to close the Civil Action, 2:18-CV-213.

**SO ORDERED** this 3rd day of January, 2019.

_____
RICHARD W. STORY
United States District Judge